**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 14-7737**

───────────

KENNETH VALENTINE AWE,

              Plaintiff – Appellant,

        v.

GEORGE HINKLE, VDOC Regional Administrator; ROSP WARDEN
MATHENA, Warden; ROSP ASS/WARDEN WALRATH, A/Warden,

              Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge. (7:14-cv-00178-JLK-RSB)

───────────

Submitted:  February 12, 2015         Decided:  February 19, 2015

───────────

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Kenneth V. Awe, Appellant Pro Se. Kate Elizabeth Dwyre, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth V. Awe appeals the district court's order granting summary judgment in favor of the defendants in Awe's 42 U.S.C. § 1983 (2012) action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Awe's informal brief does not challenge the basis for the district court's disposition, Awe has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED